In the Matter of the Transfer Tax upon the Estate of Sigismund L. Fieux, Deceased.— Order affirmed, with costs, upon the authority of *Matter of Cory* (177 App. Div. 871, affd., 221 N. Y. 612). Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Samuel Weinstein, Respondent, v. Job E. Hedges, as Receiver of New York Railways Company, and Another, Appellants.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Morris Fried, an Infant, by Aaron Fried, His Guardian ad Litem, Respondent, v. Hecker-Jones-Jewell Milling Company, Appellant.— Judgment and order reversed and new trial ordered, with costs to the appellant to abide the event, unless the plaintiff stipulates to reduce the judgment as entered to the sum of $10,111.10, in which event the judgment as so modified and the order appealed from are affirmed, without costs. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Transfer Tax upon the Estate of Josephine Brooks, Deceased.— Order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

The People of the State of New York, Respondent, v. Charles Goldberg, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Joannes Brothers Company, Respondent, v. Federal Sugar Refining Company, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Bird S. Coler, Commissioner of Public Welfare of the City of New York, on the Complaint of Ingrid Vogel, Respondent, v. Philip Eby, Appellant. Order affirmed. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Joseph Wien, Doing Business as Joseph Wien Company, Respondent, v. Meyer Robbins, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to answer within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Charles F. Hubbs & Company, Inc., Appellant, v. Oscar L. Richard and Others, Doing Business under the Name and Style of C. B. Richard & Co., Respondents.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

M. H. Rothschild, Inc., Appellant, v. Garment Center Realty Co., Inc., Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

A. B. Murray Co., Inc., Respondent, v. Lidgerwood Manufacturing Company, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Annie Fish, Appellant, v. Jacob Wolfson, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.